# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RICHARD NORRIS**
**ADC #132421**                                                                              **PLAINTIFF**

**V.**                              **4:11CV00543 BRW-BD**

**RICHARDS,** *et al.*                                                                       **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court adopts the Partial Recommended Disposition as this Court's findings in all respects.

Mr. Norris's claims against Officer Lunsford are DISMISSED without prejudice.

IT IS SO ORDERED, this 28th day of July, 2011.


                                               /s/Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE