**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RICHARD NORRIS**
**ADC #132421**                                                                                         **PLAINTIFF**

**V.**                                    No. 4:11CV00543 BRW-BD

**MICHAEL RICHARDS,** *et al.*                                                              **DEFENDANTS**

### ORDER

The Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Defendants' motion for summary judgment (docket entry #25) is GRANTED. Mr. Norris's claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 8th day of May, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE