# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RICHARD NORRIS**                                                                                          **PLAINTIFF**
**ADC #132421**

**V.**                              **NO. 4:11CV00543-BRW-BD**

**MICHAEL RICHARDS, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 8th day of May, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE